UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. 15-102-RLB |
| versus | AUSA: Lyman E. Thornton, III |
| GEORGE BANKSTON | Deft Atty.: Joseph J. Long |

| | | | |
|---|---|---|---|
| JUDGE: | Richard L. Bourgeois, Jr. | DATE: | October 27, 2015 |
| DEPUTY CLERK: | Joan Sheets-Launey | TAPE/REPORTER: | |
| INTERPRETER: | | PRETRIAL/PROBATION: | |

### CLERK'S MINUTES
Re-Arraignment and Sentencing

The defendant was sworn, advised of his rights and the purpose of this hearing.

The defendant was informed of the charges pending against him and the maximum possible penalties.

The court found the defendant competent to enter a guilty plea.

Upon questioning by the court, the defendant stated that his pleas were freely and voluntarily given.

The government read the factual basis into the record.

Upon questioning by the court, the defendant stated that he agreed with the factual basis.

The defendant entered separate pleas of GUILTY to Counts 1 and 2 of the Bill of Information.

C: cr1; T:00:10
C: cr48; T:00:10

**The court found that the defendant's pleas were knowingly and voluntarily given, and that there is a factual basis for the pleas.**

**The court accepted the defendant's guilty pleas and will enter a judgment of guilty.**

**The court found that the factual basis read into the record contained information sufficient to enable the court to exercise its sentencing discretion meaningfully.**

**The court imposed sentence.**

\* \* \* \* \*

C: cr1; T:00:10
C: cr48; T:00:10