**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VERSUS | : | CRIMINAL NO. 15-102-RLB |
| | : | |
| MARK ZACHARY | : | |

**DISMISSAL**

NOW INTO COURT comes the United States of America through J. Walter Green, United States Attorney for the Middle District of Louisiana, by Lyman E. Thornton III, Assistant United States Attorney, and respectfully represents as follows:

1.

On July 2, 2015, a Bill of Information was filed against the defendant, Mark Zachary, charging the defendant with taking migratory game birds with the aid of bait, in violation of 18 U.S.C. § 922(g)(1). On October 16, 2015, the defendant was severed from the case due to medical reasons.

2.

Pursuant to Rule 48(a), *Federal Rules of Criminal Procedure*, and with leave of Court, the United States hereby dismisses the Bill of Information in this case against the defendant, Mark Zachary, without prejudice.

                          UNITED STATES OF AMERICA, by

                          J. WALTER GREEN
                          UNITED STATES ATTORNEY

                          /s/ Lyman E. Thornton III
                          Lyman E. Thornton III, LBN 20393
                          Assistant United States Attorney
                          777 Florida Street, Suite 208
                          Baton Rouge, Louisiana  70801
                          Telephone: (225) 389-0443
                          Fax: (225) 389-0561
                          E-mail: lyman.thornton@usdoj.gov

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VERSUS | : | CRIMINAL NO. 15-102-RLB |
| | : | |
| MARK ZACHARY | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing *Dismissal* was filed electronically with the Clerk of Court, using the CM/ECF system. Notice of this filing will be sent to the defendant via first class mail at 2803 Highway 957, Ethel, Louisiana 70730.

Baton Rouge, Louisiana this 3rd day of May, 2016.

/s/ Lyman E. Thornton III
Lyman E. Thornton III, LBN 20393
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| VERSUS | :  CRIMINAL NO. 15-102-RLB |
| | : |
| MARK ZACHARY | : |

**ORDER**

Considering the United States' *Dismissal*, leave of Court is granted for the filing of the dismissal, without prejudice, of the Bill of Information in Criminal No. 15-102-RLB as to defendant Mark Zachary.

Read and signed this \_\_\_\_\_ day of May, 2016, at Baton Rouge, Louisiana.

_____
RICHARD L. BOURGEOIS
UNITED STATES MAGISTRATE JUDGE